UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VAUGHAN JOHNSON,

    Plaintiff,

v.                                             Case No. 3:23cv20620-LC-HTC

CARTER, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On July 27, 2023, the Court ordered Plaintiff to, within twenty-one (21) days: (1) either pay the $402 filing fee or submit a complete motion to proceed *in forma pauperis*; and (2) submit two services copies of the complaint, ECF Doc. 1. ECF Doc. 4. The Order warned Plaintiff that his failure to comply with it could result in a recommendation that this case be dismissed.

After Plaintiff failed to comply with the July 27 Order within the allotted time, the Court ordered him on August 24, 2023, to show cause within 14 days why this case should not be dismissed due to his failure to comply with the July 27 Order. ECF Doc. 5. On August 31, 2023, Plaintiff asked the Court to provide him with more time to submit a motion to proceed *in forma pauperis*, as well as the forms needed to submit such a motion. ECF Doc. 6. The Court granted Plaintiff's request and gave him until September 27, 2023, to: (1) either pay the $402 filing fee or

submit a complete motion to proceed *in forma pauperis*; and (2) submit two services copies of the complaint, ECF Doc. 1.  ECF Doc. 7.

Despite being given multiple opportunities and over two months to comply with the Court's July 27 Order, Plaintiff has failed to do so.  Based on the foregoing, dismissal of this case is appropriate.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 5th day of October, 2023.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:23cv20620-LC-HTC