UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VAUGHAN JOHNSON,

    Plaintiff,

v.                                    Case No. 3:23cv20620-LC-HTC

CARTER, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 5, 2023 (ECF No. 8), recommending this case be dismissed due to Plaintiff's failure to prosecute and failure to comply with Court orders.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Although a motion to proceed in forma pauperis was filed weeks late, service copies of the complaint as also ordered by the Magistrate Judge were not submitted, and no objections to the Report and Recommendation were filed.

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk shall close the file.

**ORDERED** on this 8th day of November, 2023.

                                               s/ *L.A. Collier*
                                               Lacey A. Collier
                                       Senior United States District Judge